

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:                01-13-00750-CV

Trial Court Cause
Number:                      2009-64336

Style:                       In re Maersk Line, Limited

Date motion filed[*]:        September 17, 2013

Type of motion:             Motion for admission Pro Hac Vice on behalf of William C. Baldwin

Party filing motion:        Relator

Document to be filed:

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

☒ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes

     ☒ Acting individually    ☐ Acting for the Court

Panel consists of

Date: September 26, 2013